IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AARON CARTER, #R3752                                                               PETITIONER

VERSUS                                                 CIVIL ACTION NO. 5:08cv249-DCB-MTP

JACQUELYN BANKS, Warden                                         RESPONDENT

ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

     Petitioner submitted to this court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. The petitioner indicates that he is currently serving a life sentence for capital murder rendered by the Coahoma County Circuit Court, located in the Northern District of Mississippi. Petitioner is currently confined in the Wilkinson County Correctional Facility, Woodville, Mississippi, located in the Southern District of Mississippi.

     Title 28 United States Code Section 2241(d) states that when a person files an application for a writ of habeas corpus and they are in custody under the judgment and sentence of a State court with two or more Federal Judicial Districts, the application may be filed in the district court for the district where the person is in custody or in the district court for the district within which the State court was held which convicted and sentenced the person and each district shall have concurrent jurisdiction. Further, the district court which considers the application may in the exercise of its discretion and in furtherance of justice transfer the application to the other district court for hearing and determination. Since petitioner is serving a state sentence from Coahoma County Circuit Court which is in the Northern District of Mississippi, this court has determined that this case should be transferred to the Northern District. In the exercise of this court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this application to proceed <u>in forma pauperis</u> and petition for habeas relief is transferred to the United States District Court for the Northern District of Mississippi and that the application for <u>in forma pauperis</u> status and petition for habeas relief is received in accordance with the orders and local rules of that court and any applicable statute or law.

SO ORDERED, this the   23rd   day of July, 2008.

                                                    s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE